■ ADELINE KUCHARSKI, Plaintiff, v. ROCHESTER EXTENSION SERVICE, Defendant.—Appeal dismissed, without costs, upon stipulation.

■ MARY IZZO et al., Plaintiffs, v. GRANITE-MAIN, INC., Defendant.—Appeal dismissed, without costs, upon stipulation.

■ CATHERINE MUSTACA et al., Plaintiffs, v. JOSEPH O. FITZGERALD, Defendant.—Appeal dismissed, without costs, upon stipulation.

■ ADA A. COULTER et al., Plaintiffs, v. GRANITE-MAIN, INC., Defendant.—Appeal dismissed, without costs, upon stipulation.

■ ROBERT BOGAN, Plaintiff, v. THRUWAY SUPER PLAZA, INC., et al., Defendants.—Motion granted and appeal dismissed, with $10 motion costs.

■ CORNING NATURAL GAS CORP., Respondent, v. CHURCH OF ST. MARY'S, CORNING, Appellant.— Motion granted and appeal dismissed, with $10 motion costs.

■ JOSEPHINE GUZZETTA, as Administratrix of the Estate of ALPHONSE O. GUZZETTA, Deceased, Plaintiff, v. LEONARD D. BOOTH, Defendant.—Motion granted and appeal dismissed, with $10 motion costs.

■ MARJORIE M. MALONEY et al., Plaintiffs, v. LOBLAWS, INC., Defendant.—Motion granted and appeal dismissed, with $10 motion costs.

■ FLORENCE NERI, Appellant, v. C. EDWARD LELLA, Doing Business as LELLA BEAUTY SALON, Respondent.—Motion granted and appeal dismissed, without costs.

■ KATHRYN A. SMITH (amended to read KATHRYN A. SANDWICK), Plaintiff, v SAUERS & HICKS, INC., et al., Defendants.—Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAM HIBBITT, Appellant.—Motion granted and appeal dismissed.

■ In the Matter of the Appointment of a Guardian ad Litem for MARY M. BECKER, an Infant.—Motion granted and stay continued.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD CLUTE, Appellant.—Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EMANUEL DOLD, Appellant.—Motion to appeal on handwritten papers denied on the ground that the papers fail to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIE C. SANDS, Appellant.—Motion to appeal as a poor person denied on the ground that the papers failed to show merit to the appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH O. VAN SLYKE, Appellant.—Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal. (Motion for records.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH O. VAN SLYKE, Appellant.—Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal. (*Coram nobis* proceeding.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BANKS, Appellant.—Motion to appeal as a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.

■ ANTHONY L. PECA, Doing Business as SAM PECA & SONS, Plaintiff, v. COUNTY OF WYOMING et al., Defendants.—Stay granted pending hearing and determination of appeal.